IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BENJAMIN M. NARVAES and ELENA V. NARVAES, <br><br>           Plaintiffs, <br><br>     vs. <br><br> EMC MORTGAGE CORPORATION and FREMONT INVESTMENT AND LOAN, <br><br>           Defendants, <br><br>     and <br><br> FREMONT INVESTMENT AND LOAN, <br><br>           Third-Party <br>           Plaintiff, <br><br>     vs. <br><br> 808 HOME MORTGAGE INC., FIDELITY NATIONAL TITLE INSURANCE, <br><br>           Third-Party <br>           Defendants. <br> _____ | CIVIL 07-00621 HG-LEK |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION (DOC. NO. 87) TO DENY
DEFENDANTS' MOTIONS FOR SANCTIONS (DOC. NOS. 61 and 62)

Findings and Recommendation having been filed on May 5, 2009, and served on May 5, 2009 upon those parties of record who, as Registered Participants of CM/ECF, received the document electronically, and served on May 6, 2009 by First Class Mail addressed to John Harris Paer, Esq., and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Deny Defendants' Motions for Sanctions" (Doc. No. 87) is adopted as the opinion and order of this Court with the following modification:

> Page 21, line 5 the cite for <u>Bainer v. Citicorp Mortgage, Inc.</u>, should read as follows:
> 672 A.2d 500 (Conn. 1996), . . ."

IT IS SO ORDERED.

DATED: May 28, 2009, Honolulu, Hawaii.



/S/ Helen Gillmor
_____
Helen Gillmor
Chief United States District Judge