# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 07-00621DAE-KSC |
| | CIVIL NO. 08-00584DAE-KSC |
| | [consolidated] |
| CASE NAME: | Benjamin Narvaes, et al. Vs. EMC Mortgage Corporation, et al. |
| | Benjamin Narvaes, et al. Vs. Wells Fargo Bank, N.A., et al. |
| ATTYS FOR PLA: | John Harris Paer |
| ATTYS FOR DEFT: | Jade L. Ching |
| | Harvey E. Henderson, Jr. |
| | William M. Harstad |
| | John P. Manaut |
| | James A. Stanton |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record; FTR-Courtroom 7 |
| DATE: | 09/09/2009 | TIME: | 1:35-1:46; FTR (1:47-1:56) |

COURT ACTION:  EP: Status Conference held.

Settlement terms discussed as well as contingent terms.  Subject to contingent terms being fulfilled, Court recommends to District Judge that he sign the Stipulation for Dismissal with Prejudice, which is to be submitted to him by no later than October 21, 2009.

In the event the consolidated cases are not dismissed then a status conference shall be held October 26, 20-09 at 09:00 AM before Magistrate Judge Leslie E. Kobayashi.

Settlement on the Record held.  Terms stated.  Settlement subject to contingent terms being fulfilled.

Submitted by: Warren N. Nakamura, Courtroom Manager